UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR07-284-RSL |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RONALD RAFEAL BEAN II, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 812.

Date of Detention Hearing:   September 26, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. This places a limited burden of production on the defendant, although the burden of persuasion remains with the government.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01          Application of the presumption in favor of detention is appropriate in this case.
02   (2)   Defendant has on-going substance-abuse issues.
03   (3)   Defendant was on state supervision when the events that are the subject of the
04         current indictment took place.
05   (4)   Defendant has a history of failures to appear.
06   (5)   Defendant is associated with twenty-three (23) alias names, seven (7) dates of
07         birth, and seven (7) social security numbers.
08   (6)   There appear to be no conditions or combination of conditions other than
09         detention that will reasonably address the risk of flight and risk of danger to
10         other persons or to the community.
11   IT IS THEREFORE ORDERED:
12   (1)   Defendant shall be detained pending trial and committed to the custody of the
13         Attorney General for confinement in a correctional facility separate, to the
14         extent practicable, from persons awaiting or serving sentences or being held in
15         custody pending appeal;
16   (2)   Defendant shall be afforded reasonable opportunity for private consultation
17         with counsel;
18   (3)   On order of a court of the United States or on request of an attorney for the
19         government, the person in charge of the correctional facility in which defendant
20         is confined shall deliver the defendant to a United States Marshal for the
21         purpose of an appearance in connection with a court proceeding; and
22   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to
23         counsel for the defendant, to the United States Marshal, and to the United
24         States Pretrial Services Officer.
25
26          DATED this 10th day of September, 2007.

DETENTION ORDER                                           15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 2

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91